UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**
*ex rel.* **CHRISTINE BOUQUIN,**

      **Plaintiff,**

V.

**GARDAWORLD,
GARDA USA, INC.,
GARDAWORLD CASH SERVICES,
GARDA CL SOUTHEAST, INC.,
GARDA CL WEST, INC.,
GARDA CL EAST, INC.,
GARDA CL NORTHWEST, INC.,
GARDA CL CENTRAL, INC.,
GARDA CL ATLANTIC, INC.,
GARDA WORLD GOVERNMENT SERVICES, INC.,**
and
**JOHN DOES 1-10,**

      **Defendants.**

Case No.: 17-CV-2496-RJS

<u>Filed Under Seal</u>
31 U.S.C. § 3730(b)(2)

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41

    Relator, Christine Bouquin, hereby gives Notice that this action is dismissed without prejudice pursuant to FRCP 41(a)(1). The Complaint has not been served and no Answer or motion for summary judgment has been filed.

    This action was brought pursuant to the False Claims Act. Following the United States of America's declination of the matter, this Court Ordered, on January 9, 2018, that the Complaint be unsealed thirty days after entry of the Order. In the Court's Order unsealing the Complaint, the Court Ordered that "[s]hould the relator or the defendants propose that the Complaint or any of its

allegations be dismissed, settled, or otherwise discontinued, or that defendants be dismissed from the case, the moving party (or parties) must solicit the written consent of the government before applying for Court approval."

The United States consents with this Notice of Dismissal so long as the action is dismissed without prejudice as to the United States.

Respectfully submitted,

\_\_\_/s/ David P. Weber\_\_\_

DAVID P. WEBER,
SDNY Bar No.: DW7073
GOODWIN WEBER PLLC
Attorneys for Plaintiff-Relator
267 Kentlands Blvd., Suite 250
Gaithersburg, MD 20878
Telephone: (301) 850-3370
Fax: (301) 850-3374
David.Weber@goodwinweberlaw.com


MAHANY LAW

/s/ Brian H. Mahany
Brian H. Mahany
Wisconsin Bar No. 1065623
P.O. Box 511328
Milwaukee, Wisconsin 53202
Telephone: 414.258.2375
Facsimile:   414.777.0776
brian@mahanylaw.com

## CERTIFICATE OF SERVICE

    I, Brian H. Mahany, an attorney, certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                      */s/ Brian H. Mahany*
                                      Brian H. Mahany